UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

BRIAN WARREN,

    Petitioner,                                       Case No. 00-CV-73560-DT

v.

ANDREW JACKSON,

    Respondent,

_____/

**FIFTH ORDER TRANSFERRING CASE TO THE COURT OF APPEALS
PURSUANT TO 28 U.S.C. § 2244(b)(3)(A)**

Before the court is Petitioner's "'Emergency Motion' To File This 'Emergency' Supplemental Ground For Writ Of Habeas Corpus," filed *pro se* December 4, 2006. During the five years since the dismissal of Petitioner's Petition for Writ of Habeas Corpus, *see* Dkt. #41 (5/24/2001), Petitioner has filed five subsequent petitions without obtaining the appellate authorization to as required by 28 U.S.C. § 2244(b)(3)(A), *see* Dkt. # 53 (2/24/2003), Dkt. # 57 (4/16/2003), Dkt. # 64 (11/22/2004), Dkt. # 70 (4/5/2005).

Once again, in this filing, no such authorization has been obtained, and for the reasons adequately stated in this court's four earlier orders,[1] the court construes Petitioner's motion as a second or successive petition for habeas relief and transfers the matter to the United States Court of Appeals pursuant to 28 U.S.C. § 2244(b)(3)(A) for

---

[1] Given the persistence of Petitioner's filings and the negative response of the Court of Appeals to each of them, the court perceives no reason to restate Petitioner's present claims or to set forth an analysis of them, noting however that Petitioner presents no allegation of imminent physical harm.

authorization to file a second or successive habeas petition. Accordingly,

The Clerk of the Court is ORDERED to transfer this case to the United States Court of Appeals for the Sixth Circuit.

      S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: December 6, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 6, 2006, by electronic and/or ordinary mail.

      S/Lisa Wagner

Case Manager and Deputy Clerk
(313) 234-5522