# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BRIAN WARREN,

        Petitioner,

v.                                   Case No. 00-cv-73560

ANDREW JACKSON,

        Respondent.
_____/

## ORDER TERMINATING AS MOOT PETITIONER'S MOTION FOR AN ORDER TO SHOW CAUSE

        Before the court is Petitioner Brian Warren's "Motion for an Order to Show Cause," filed in pro se on April 12, 2023. (ECF No. 91.) A cursory review of Petitioner's motion reflects that it is related to his "Motion for Equitable Relief in the Form of an Independent Action in Equity" (ECF No. 89), which the court transferred to the Sixth Circuit Court of Appeals on April 12, 2023. (ECF No. 90.) Given its related nature, and in light of the transfer, IT IS ORDERED that Petitioner's Motion for an Order to Show Cause (ECF No. 91) is TERMINTATED AS MOOT.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: April 25, 2023

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 25, 2023, by electronic and/or ordinary mail.

                                                s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (810) 292-6522